## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

BRYAN STEPHEN DELAP,

    Plaintiff,

    v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

Case No. 22-2317-TC-RES

## <u>NOTICE AND ORDER TO SHOW CAUSE</u>

To Plaintiff:

Plaintiff filed this case on August 11, 2022.  ECF No. 1.  Federal Rule of Civil Procedure 4(m) states that if "a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  The 90-day service period has now run, and the docket contains no indication that Plaintiff has served any of the Defendants.

Accordingly, the Magistrate Judge orders Plaintiff to show cause in writing by **November 29, 2022**, why the Magistrate Judge should not recommend that the District Judge dismiss Plaintiff's claims without prejudice pursuant to Rule 4(m).

**IT IS SO ORDERED.**

Dated November 15, 2022, at Topeka, Kansas.

/s/ Rachel E. Schwartz
Rachel E. Schwartz
United States Magistrate Judge